IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ONSITE HEALTHCARE SERVICES,
INC.,

    Plaintiff,

vs.                                            CASE NO. 5:10-cv-112/RS-AK

CASSI LAYNE, et al.,

    Defendants.
_____/

## ORDER

Before me is Defendants' Motion to Dismiss and/or for a More Definite Statement and Motion to Strike (Doc. 11). Plaintiff has not filed a response. N.D. Fla. Loc. R. 7.1(C)(1) provides "failure to file a responsive memorandum may be sufficient cause to grant the motion."

**IT IS ORDERED**:

1.     This case is **dismissed without prejudice.**

2.     The clerk is directed to close the file.

**ORDERED** on June 23, 2010.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**